MAGISTRATE JUDGE FRENSLEY COURTROOM MINUTES FOR CRIMINAL PROCEEDINGS

U.S.A. v. **Jose Sanchez**, No. **24-mj-2394**

ATTORNEY FOR GOVERNMENT: **Carrie Daughtrey**
ATTORNEY FOR DEFENDANT: **Dumaka Shabazz**    (**AFPD**)  Panel  Retained
PRETRIAL SERVICES/PROBATION OFFICER: **Johnny Franklin**
INTERPRETER NEEDED? (**YES**)  NO    LANGUAGE/INTERPRETER: **Judith Kristy**
☑ PRESENT    ☐ ON TELEPHONE

☐ Defendant consents to IA and ☐ All future hearings before the Magistrate Judge by video conference.

☐ INITIAL APPEARANCE ☐ ON A SUMMONS ☐ ARRESTED ON: _____
  DEFENDANT HAS A COPY OF:
  ☐ Complaint ☐ Indictment ☐ Information ☐ Supervised Release Pet. ☐ Other _____
  ☐ Defendant advised of the charges and the maximum penalties ☐ Defendant has a copy of notice of rights
  ☐ Defendant advised of right to counsel         ☐ Counsel retained
  ☐ Defendant sworn and/or certified under penalty of perjury and financial affidavit filed    ☐ FPD Appointed
  ☐ Defendant advised of right to silence       ☐ Defendant advised of right to **Consular notification**
  ☐ GOVERNMENT and DEFENDANT advised of Due Process Protections Act of 2020
  ☐ Defendant advised of right to preliminary hearing    ☐ Defendant waived preliminary hearing
  ☐ Defendant waived rights under IAD              ☐ Defendant to be returned to State custody
  ☐ Government motion for detention                ☐ Defendant temporarily detained
  ☐ Defendant waived detention hearing             ☐ ICE detainer on defendant
  ☐ Defendant reserved right to hearing in future
  ☐ Defendant to remain in Federal custody
  ☐ Defendant remain on current conditions of supervised release
  ☐ Defendant ordered to psychological/psychiatric evaluation
  ☐ Defendant released on:
      ☐ Own recognizance with conditions of release   ☐ standard   ☐ special
      ☐ Appearance bond in the amount of: _____
      ☐ Property bond [description of property]: _____
  ☐ RULE 5 - Defendant advised of right to identity hearing     ☐ Defendant waived identity hearing
  ☐ RULE 5 - Defendant reserved right to have preliminary hearing in District of Prosecution
  ☐ RULE 5 - Defendant elected to have detention hearing in District of Prosecution
  ☐ RULE 5 - DEFENDANT ADVISED OF RIGHT TO RULE 20 TRANSFER
☐ PRELIMINARY/DETENTION/ARRAIGNMENT CONTINUED TO: _____

☐ GRAND JURY WAIVED IN OPEN COURT    [Defendant sworn and advised of rights by Court]
☐ ARRAIGNMENT
  ☐ Defendant acknowledges he/she has copy of Indictment/Information   ☐ Court advised Def. of penalties
  ☐ Defendant waives reading thereof           ☐ Indictment/Information read to defendant by Judge
  PLEA: ☐ GUILTY    ☐ NOT GUILTY    ☐ Defendant intends to plead guilty and case referred to DJ

DATE: **11.25.24**           TOTAL TIME: **38 minutes**
BEGIN TIME: **9:38 a.m.**    END TIME: **10:16 a.m.**
*Digitally Recorded* ✓
***VIDEO CONFERENCE***

Form Revised 2/9/2018            Page 1 of **2**

UNITED STATES OF AMERICA v. Jose Sanchez     NO. 24-mj-2394

☐ **RULE 5 IDENTITY HEARING**
    ☐ Held, defendant found to be person named in warrant
    ☐ Held, defendant found NOT to be person named in warrant and released
    ☐ Waived in open Court

☐ **PRELIMINARY HEARING**    **CONTINUED TO:** _____
    ☐ Probable Cause found/Held to answer/bound over    ☐ Discharged from custody
    ☐ Defendant waived preliminary hearing
    ☐ RULE 5 - Held to answer in District of Prosecution
    ☐ RULE 5 - Defendant reserved right to have hearing in District of Prosecution

☑ **DETENTION HEARING**    **CONTINUED TO:** _____
    ☐ Government withdrew motion for detention or agreed to release
    ☐ Pretrial Services Report made a part of the record    ☐ Counsel moved to retain copy of PTSR/granted
    ☐ Bond set at: _____ ☐ Defendant released on [date]:_____
    ☐ RULE 5 - Defendant elected to have hearing in District of Prosecution
    ☐ Defendant waived detention hearing    ☐ Defendant reserved right to hearing in future
    ☑ Defendant detained, order to enter    ☐ ICE detainer pending
    ☑ Defendant to remain in Federal custody    ☐ Defendant to be returned to State custody
    ☐ Government moved for stay of execution of release pending appeal
        ☐ Motion granted    ☐ Motion denied
    ☐ Defendant advised of right to appeal

☐ **ARRAIGNMENT ON MISDEMEANOR**
    ☐ Defendant acknowledges he/she has copy of Indictment/Information
    ☐ Indictment/Information read to defendant by Judge    ☐ Defendant waives reading thereof
    **PLEA:** ☐ **GUILTY**    ☐ **NOT GUILTY**
    ☐ Misdemeanor - defendant consented to trial before Magistrate Judge
    ☐ Written plea agreement/filed in open Court    ☐ Oral plea agreement
    ☐ Guilty plea:    ☐ Accepted    ☐ Rejected    ☐ Taken under advisement

☐ **OTHER**
    ☐ Type of hearing and outcome: _____

☐ **DEFENDANT DID NOT APPEAR AS DIRECTED, BENCH WARRANT ISSUED**
☑ **Witness and Exhibit List attached**

**NOTES/EVIDENTIARY MATTERS/SENTENCING:**    (Witnesses, Exhibits, Attach W/Ex List if necessary)